## THE STATE vs. WILLIAM T. BRAZIL.

### *Assault and Battery.*

A new trial will be granted, if the Jury, after being charged with a cause, converse with a witness, who has testified before them.

Verdict of guilty of an assault.

On motion of counsel for the defendant, it is ordered by the Court, that the Solicitor General shew cause, on or before the first day of the next term of this Court, why the verdict of the Jury should not be set aside, and the judgment of the Court arrested in this case, and a new trial ordered, upon the following ground, to wit:

Because the Jury had and held conversations with David Martin, while in their room, and that without leave of the Court; and that this rule operate as a supersedeas, in said case.

WM. DANIEL, Defendant's Attorney.

The Court is of opinion, that a new trial ought to be granted, on the ground stated in the rule. Juries must not be permitted to examine the witnesses, after they have been charged with a cause, by the Court. It is ordered, therefore, that a new trial be granted, in the above case.